**Welton James WATSON, II,
Plaintiff–Appellant,**

v.

**Sheriff Ron STOVALL, Miller County
Sheriff; William Floyd, Maintenance
Supervisor, Miller County Detention
Center; Marty Brazell, Jail Administrator, Miller County Jail Detention
Center; Nadia Brown, Head Nurse,
Correctional Healthcare Co.; Correctional Healthcare Company, Defendants–Appellees.**

No. 14–2738.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 5, 2015.

Filed: March 12, 2015.

Welton James Watson, II, Texarkana, AR, pro se.

Clyde Burt Newell, Law Offices of C. Burt Newell, Nicholas Rudolph Windle, Hot Springs, AR, James Levi Cook, Dunn & Nutter, Texarkana, TX, for Defendants–Appellees.

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

PER CURIAM.

Welton Watson appeals the district court's[1] adverse summary judgment decision in his 42 U.S.C. § 1983 action asserting Eighth Amendment deliberate-indifference claims. Upon careful de novo review, we agree with the district court's summary judgment decision and the court's underlying reasoning, and we find no basis to reverse. *See Laganiere v. Cnty. of Olmsted,* 772 F.3d 1114, 1116 (8th Cir.2014) (standard of review for summary judgment decision).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.